IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00166-ZLW-BNB

COLORADO CROSS-DISABILITY COALITION,
JULIE REISKIN,
JAIME LEWIS,

  Plaintiffs,

v.

B&T ENTERPRISES d/b/a MiZUPPA,

  Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: August __17__, 2006

  It is ORDERED that the Joint Motion For Four Week Stay Of Proceedings (Doc. No. 13) is granted.  It is

  FURTHER ORDERED that this action is stayed until September 11, 2006.  It is

  FURTHER ORDERED that the parties shall file a joint status report on or before September 8, 2006, if the action has not been dismissed by that date.