IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00166-ZLW-BNB

COLORADO CROSS-DISABILITY COALITION,
JULIE REISKIN,
JAIME LEWIS,

    Plaintiffs,
v.

B&T ENTERPRISES d/b/a MiZUPPA,

    Defendant.
_____

## ORDER

    In Plaintiffs' Status Report filed September 9, 2006, counsel for Plaintiffs advised the Court that this case had settled.  It is, therefore,

    ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

    FURTHER ORDERED that settlement papers shall be filed on or before September 22, 2006.  If by that date settlement papers have not been received by the Court, on September 29, 2006, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this   12   day of September, 2006.

                            BY THE COURT:

                            ZITA L. WEINSHIENK, Senior Judge
                            United States District Court