IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00166-ZLW-BNB

COLORADO CROSS-DISABILITY COALITION,
JULIE REISKIN,
JAIME LEWIS,

  Plaintiffs,
v.

B&T ENTERPRISES d/b/a MiZUPPA,

  Defendant.

---

### ORDER OF DISMISSAL
---

  THIS MATTER comes before the Court on the parties Stipulation of Dismissal with Prejudice.  Having reviewed the Stipulation and being fully apprised:

  IT IS HEREBY ORDERED that this case is dismissed, with prejudice, each party to pay his, her, or its own attorney fees and costs.

  Dated this   13   day of September, 2006.

        BY THE COURT

        _____
        United States District Court Judge